UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Robert V. Towle</u>

    v.                                                  Civil No. 08-cv-190-JL

<u>David Gotjen and Dennis MacKey</u>

### **O R D E R**

    Plaintiff's request to proceed <u>in forma pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $12.00 is due no later than June 19, 2008.  In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire Department of Corrections when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

    **SO ORDERED.**

                                            _____
                                            James R. Muirhead
                                            United States Magistrate Judge

Date: May 19, 2008

cc:    Robert V. Towle, pro se
        Bonnie S. Reed, Financial Administrator
        New Hampshire Department of Corrections, Inmate Accounts