UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Robert V. Towle</u>

       v.          Civil No. 08-cv-190-JL

<u>David Gotjen, et al.</u>


<u>O R D E R</u>

On May 19, 2008, an Order was issued as to the payment of the filing fee, directing the sum of $12.00 to be paid no later than June 19, 2008, and thereafter monies be paid as outlined.

To date, no payment has been received by the Court. On June 27, 2008, the Clerk's Office checked with Inmate Accounts at the New Hampshire State Prison and was advised that they had not received an Inmate Request Slip to process the initial fee.

It is, therefore, ordered that the case be dismissed for want of prosecution.

SO ORDERED.


July 8, 2008          /s/ Joseph N. Laplante
                 Joseph N. Laplante
                 United States District Judge


cc:  Robert V. Towle, pro se