UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Robert V. Towle

       v.                      Civil No. 08-cv-190-JL

David Gotjen, et al.

### O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated July 2, 2009, no objection having been filed, and the Motion to Amend/Supplement Complaint, Document #10, having been denied as futile.

SO ORDERED.

July 22, 2009

_____
Joseph N. Laplante
United States District Judge

cc:    Robert V. Towle, pro se